DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASPER LEON BLUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2134

[October 4, 2018]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, St Lucie County; Gary L. Sweet, Judge; L.T. Case No. 56-2013-CF-003566-A.

Jasper Leon Blue, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***